UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                  Case No.   3:21-CR-151

**WALTER RODGERS**

        **Defendant.**

## ORDER

On July 25, 2022, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss the indictment (doc. 34) in this matter. The Court hereby **GRANTS** this motion and dismisses the indictment against Walter Rodgers.

*s/Thomas M. Rose*

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT